# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

---

Case No. 5D2024-2032
LT Case No. 2020-CF-001481

---

JERRY L. JACKSON,

    Petitioner,

    v.

STATE OF FLORIDA,

    Respondent.

---

Petition for Belated Appeal.
A Case of Original Jurisdiction.

Jerry L. Jackson, Daytona Beach, pro se.

Ashley Moody, Attorney General, and Heather Flanagan Ross, Assistant Attorney General, Tallahassee, for Respondent.

December 6, 2024

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the September 19, 2023 judgment and sentence rendered in Case No. 2020-CF-001481, in the Circuit Court in and for Clay County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

BOATWRIGHT, MACIVER, and PRATT, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____